[No. 55890-1-I. Division One. March 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE DARNELL LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06202-7, John P. Erlick, J., entered February 23, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55923-1-I. Division One. March 20, 2006.]

PATRICIA A. MOORE, *as Personal Representative, Appellant,* v. AMERICAN HONDA MOTOR COMPANY, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-33651-3, Sharon S. Armstrong, J., entered February 18, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56224-0-I. Division One. March 20, 2006.]

RODERICK W. LONG, *Appellant,* v. RICHARD KOCOR ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-16915-3, Laura Gene Middaugh, J., entered March 24, and April 25, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56254-1-I. Division One. March 20, 2006.]

ROBIN ELAINE JONES, *Appellant,* v. SANDS MCKINLEY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-03845-6, Nicole MacInnes, J., entered November 5, 2004. *Affirmed* by unpublished per curiam opinion.